1

2

3

4

5

**Entered on Docket**
**May 25, 2010**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

6

7

8  PITE DUNCAN, LLP
   ACE VAN PATTEN (NV Bar #11731)
9  EDDIE R. JIMENEZ (NV Bar #10376)
   701 Bridger Avenue, Suite 670
10 Las Vegas, Nevada 89101
   Telephone: (858) 750-7600
11 Facsimile: (619) 590-1385
   E-mail: ecfnvb@piteduncan.com
12
   MAILING ADDRESS:
13 4375 Jutland Drive, Suite 200
   P.O. Box 17933
14 San Diego, California 92177-0933

15 Attorneys for   Secured Creditor WELLS FARGO BANK, N.A., FORMERLY KNOWN AS
                   WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD
16                 SAVINGS BANK, FSB

17

18                    UNITED STATES BANKRUPTCY COURT

19                          DISTRICT OF NEVADA

20 In re                              | Bankruptcy Case No. Bk-S-10-14244-bam
                                      | Chapter 7
21 TAM THANH LY,
                                      | WELLS FARGO BANK, N.A.,
22          Debtor(s).                | FORMERLY KNOWN AS WACHOVIA
                                      | MORTGAGE, FSB, FORMERLY KNOWN
23                                    | AS WORLD SAVINGS BANK, FSB'S
                                      | ORDER VACATING AUTOMATIC STAY
24                                    | Date:   May 11, 2010
25                                    | Time:   1:30 p.m.

26 /././

27 /././

28 /././

1    A hearing on Secured Creditor Wells Fargo Bank, N.A., formerly known as

2  Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB's Motion for Relief

3  From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court

4  before the Honorable Bruce A. Markell, Ace Van Patten appearing on behalf of Secured

5  Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7  being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic

9  Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by

10  Secured Creditor, of all its rights in the subject property, generally described as 4018 Topawa

11  Drive, Las Vegas, Nevada 89103, and legally described as follows:

12    LOT 29 IN BLOCK 13 OF VALLEY WEST 7
     PHASE 3B, AS SHOWN BY MAP THEREOF ON
13    FILE IN BOOK 26, OF PLATS, PAGE 14, IN THE
     OFFICE OF THE COUNTY RECORDER OF
14    CLARK COUNTY, NEVADA.

15

16  APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

17  _____   _____
    ANTHONY DELUCA                JAMES F. LISOWSKI, SR.
18  DEBTOR(S) ATTORNEY            TRUSTEE

19  /././

20  /././

21  /././

22  /././

23  /././

24  /././

25  /././

26  /././

27  /././

28  /././

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐    The court has waived the requirement of approval under LR 9021.

☐    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    Approved.

☐    Disapproved.

☒    Failed to respond. – Debtor's Attorney/Trustee

###

Submitted by:

/s/ Ace Van Patten
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar 11731
Attorney for WELLS FARGO
BANK, N.A., FORMERLY
KNOWN AS WACHOVIA
MORTGAGE, FSB,
FORMERLY KNOWN AS
WORLD SAVINGS BANK, FSB